IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HEBER PINEDA- GUZMAN | § § § | |
| VS. | § § | CIVIL ACTION NO. 1:20-CV-00180 |
| VALENTIN MACHUCA CRUZ AND AUTOTRANSPORTES ROMEDU S.A DE C.V. | § § § § | |

## DEFENDANTS VALENTIN MACHUCA CRUZ AND AUTOTRANSPORTES ROMEDU, SA DE CV'S MOTION FOR ENTRY OF JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME VALENTIN MACHUCA CRUZ AND AUTOTRANSPORTES ROMEDU, SA DE CV, Defendants in the above-entitled and numbered cause and file this Motion for Entry of Judgment.

After a trial on the merits, the Court submitted this case to the jury. In response to the jury charge, the jury made findings that the court received, filed, and entered of record. The jury's findings entitle Defendants to judgment against the Plaintiff. The jury's findings are already on file with this court [Dkt. 117] and are hereby incorporated by reference. Pursuant to Rule 54 of the Federal Rules of Civil Procedure, Defendants request the Court to enter judgment in conformity with the jury's findings. Also in accordance with the Federal Rules of Civil Procedure 54(d), Defendants seek costs in the amount of $5,568.69. The costs compromise witness deposition transcript and interpreter costs, Exhibit 1, and fees of $40 per witness for each of Defendant's 4 expert witnesses who testified live at trial.

WHEREFORE, PREMISES CONSIDERED Defendants request that the court award costs and enter final judgment.

Respectfully submitted,

By: _____
Tamara L. Rodriguez
State Bar No. 00791647
Federal Bar No. 18972

Of Counsel:
Vidaurri, Rodriguez & Reyna, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Email: trodriguez@vlrhlaw.com
Attorneys for Defendants Valentin Machuca
Cruz and Autotransportes Romedu S.A. de C.V.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __15th__ day of February 2023, a true and correct copy of the foregoing document has been sent via e-service to all counsel of record as follows:

**Eservice: daniel@jvlawfirm.com**
Daniel A. Torres
Javier Villareal
Law Offices of Javier Villareal, PLLC
2401 Wildflower Drive, Suite A
Brownsville, Texas 78520

_____
Tamara L. Rodriguez

2