United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HEBER PINEDA-GUZMAN<br>"Plaintiff," <br>v.<br><br>VALENTIN MACHUCA CRUZ and<br>AUTOTRANSPORTES ROMEDU S.A.<br>DE C.V.<br>"Defendants." | § § § § § § § § § | Civil Action No. 1:20-cv-00180 |

### FINAL JUDGMENT

Plaintiff sued Defendants. This Court held a jury trial January 17, 2023. The jury returned a verdict for Defendants. Thus, under Federal Rule of Civil Procedure 58, the Court rules as follows:

Final judgment is entered in favor of Defendants. All claims and causes of actions against Defendants are **DISMISSED WITH PREJUDICE**, with costs and attorney fees of $5,568.69 to be paid by Plaintiff. All relief not expressly granted is **DENIED**. The Clerk of Court is hereby **ORDERED** to close this case.

Signed on this ___14th___ day of ___March___, 2023.

Rolando Olvera
United States District Judge